IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AJINOMOTO HEARTLAND LLC,<br>    a Delaware Corporation,<br><br>           Plaintiff,<br><br>v.<br><br>GLOBAL BIO-CHEM TEHCNOLOGY GROUP COMPANY, LIMITED,<br>    a Cayman Islands Corporation;<br><br>CHANGCHUN DACHENG BIO-CHEM ENGINEERING DEVELOPMENT COMPANY, LIMITED,<br>    a People's Republic of China Corporation;<br><br>CHANGCHUN BAOCHENG BIO-CHEM DEVELOPMENT COMPANY, LIMITED,<br>    a People's Republic of China Corporation;<br><br>CHANGCHUN DAHE BIO TECHNOLOGY DEVELOPMENT COMPANY, LIMITED,<br>    a People's Republic of China Corporation;<br><br>BIO-CHEM TECHNOLOGY (HK) LIMITED,<br>    a Hong Kong Special Administrative Region Corporation,<br><br>           Defendants. | C. A. No. 06-268-JJF |

## AJINOMOTO HEARTLAND LLC'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Ajinomoto Heartland LLC ("Heartland"), hereby states that it is a private company organized under the laws of the State of Delaware. Heartland is a wholly-owned subsidiary of Ajinomoto USA, Inc. ("AJI-USA"). AJI-USA is a private company organized under the laws of the State of Delaware. The parent of AJI-USA is Ajinomoto Co. Inc. ("AJICO"). AJICO is a public

2

company in Japan organized under the laws of Japan. AJICO owns more than 10% of the stock of AJI-USA.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Marc R. Labgold, Ph.D.<br>Kevin M. Bell<br>Scott A.M. Chambers, Ph.D.<br>PATTON BOGGS LLP<br>8484 Westpark Drive<br>McLean, VA 22102<br>(703) 744-8000<br>(703) 744-8001 (fax) | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 984-6000<br>(302) 658-1192 (fax)<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Richard J. Oparil<br>PATTON BOGGS LLP<br>2550 M Street, NW<br>Washington, DC 20037<br>(202) 457-6000<br>(202) 457-6315 (fax) | *Attorneys for Plaintiff*<br>*Ajinomoto Heartland LLC* |

Dated: May 22, 2006
733359 / 30162