IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AJINOMOTO HEARTLAND LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 06-268 (JJF) |
| GLOBAL BIO-CHEM TECHNOLOGY GROUP COMPANY, LIMITED, CHANGCHUN DACHENG BIO-CYHEM ENGINEERING DEVELOPMENT COMPANY, LIMITED, CHANGCHUN BAOCHENG BIO-CHEM DEVELOPMENT COMPANY, LIMITED, CHANGCHUN DAHE BIO TECHNOLOGY DEVELOPMENT COMPANY, LIMITED and BIO-CHEM TECHNOLOGY (HK) LIMITED, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1659, that this action is stayed until the final determination of the United States International Trade Commission in *In the Matter of Certain L-Lysine Feed Products, Their Methods of Production and Genetic Constructs for Production*, ITC Investigation No. 337-TA-571.

_____
District Judge
6/13/06